```
                                FILED        RECEIVED
                                ENTERED      SERVED ON
                                             COUNSEL/PARTIES OF RECORD
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JUL 3 0 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br><br>Rogelio Lopez-Bastelum<br><br>Defendant. | Case No. 2:15-cr-223<br><br>ORDER |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1